979 A.2d 842

COMMONWEALTH of Pennsylvania, Respondent

v.

Sha P. DEVON, Petitioner.

No. 98 EM 2009.

Supreme Court of Pennsylvania.

Aug. 18, 2009.

## ORDER

PER CURIAM.

AND NOW, this 18th day of August, 2009, the "Petition for Extension of Time to File Brief and Fewer Copies" is **DENIED.**

---

979 A.2d 842

Aaron JOHNSON, Petitioner

v.

SUPERIOR COURT OF PENNSYLVANIA, Respondent.

No. 99 EM 2009.

Supreme Court of Pennsylvania.

Aug. 18, 2009.

## ORDER

PER CURIAM.

AND NOW, this 18th day of August, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**